## PROPOSED ORDER/COVER SHEET

**TO:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**RE:** FAITULA, IATUA TUA

**FROM:** Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** 4-05-70424WDB

**DATE:** September 19, 2005

FILED
SEP 1 9 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

TAIFA M. GASKINS
U.S. Pretrial Services Officer

510-637-3750
TELEPHONE NUMBER

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____
JUDICIAL OFFICER (signed) Wayne D. Brazil

DATE: 9-19-05

cc: WDB's stats, Pretrial, Copy to parties by ECF



# MEMORANDUM

**To:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**From:** Taifa M. Gaskins
U.S. Pretrial Services Officer

**Subject:** Faitula, Iatua Tua
4-05-70424WDB

**Date:** September 19, 2005

---

Your Honor,

On August 26, 2005, the above noted defendant initially appeared before the Court charged in a Criminal Complaint with a violation of Title 18, United States Code, Section 1001-Knowingly Make Material False Statements in a Security Seal Application (Class D Felony). He was released on his own recognizance without U.S. Pretrial Services supervision. Mr. Faitula's next court date is scheduled for September 23, 2005, before Your Honor, for an arraignment or preliminary hearing.

In light of the defendant's arrest history, Pretrial Services would submit the enclosed record check report for Your Honor's review.

This memorandum is submitted for Your Honor's information and review.

Respectfully Submitted,

Taifa M. Gaskins
U.S. Pretrial Services Officer